JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAURA M. DURITY
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-0931
   Facsimile:  (408) 535-5066
   Email: laura.durity@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 09-00008 JW |
|    Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. ) | |
| JESUS MUNOZ DIAZ, ) | |
|    Defendant. ) | |

     Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled on Monday, March 2, 2009  is to be continued to Monday, March 16 at 1:30 p.m.  The continuance is necessary for defense counsel's preparation and for defense continuity of counsel.

     The parties further agree and stipulate that time should be excluded from and including Monday, March 2, 2009 through and including Monday, March 16, 2009, to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and the

1

1  defendant in a speedy trial.
2
3  DATED: February 3, 2009                JOSEPH P. RUSSONIELLO
                                          United States Attorney
4
5                                         ___/s/_____
                                          LAURA M. DURITY
6                                         Special Assistant United States Attorney
7
8                                         ___/s/_____
                                          ALFREDO M. MORALES
9                                         Attorney for Defendant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing date presently set for Monday, March 2, 2009 will be continued to Monday, March 16, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between March 2, 2009 through and including March 16, 2009, shall be excluded as the reasonable time necessary for effective defense preparation, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  February 27, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

3