**Alfredo M. Morales, [SBN 69204]**
Law Offices of Morales & Leaños
75 E. Santa Clara St., Suite 250
San José, CA   95ll3
(408) 294-5400

Counsel for Defendant
Jesus Munoz Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> . ) <br> JESUS MUNOZ DIAZ aka ) <br> GUADALUPE HERNANDEZ-DIAZ, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR-09- 08JW <br><br> PARTIES' STIPULATION AND <br> xxxxxxxxxxxxx ORDER CONTINUING <br> STATUS DATE (Hon. James Ware) |

The parties stipulate and agree, and the Court finds and holds as follows:

    1.  Defendant Jesus Munoz Diaz aka Guadalupe Hernandez-Diaz last appeared before this court on March 23, 2009 for status.  The matter was continued until April 13, 2009 for status and for hearing on defendant's motion to dismiss.

    2. Defense counsel requires additional time to review recently acquired transcripts and consult with former counsel for Mr. Jesus Munoz Diaz and prepare the motion to dismiss.

    3. Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled on Monday, April 13, 2009 is to be continued to Monday, May 4, 2009, at 1:30 p.m. The continuance is necessary for defense counsel's preparation and for defense continuity of counsel.

1    4. The parties further agree and stipulate that time should be excluded from and including Monday, April 13, 2009 through and including Monday, May 4, 2009, to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv);. Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and out weigh the interest of the public and the defendants in a speedy trial.

Dated: March 26, 2009                               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 ___/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　 Alfredo M. Morales, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Defendant

Dated: March 26, 2009

　　　　　　　　　　　　　　　　　　　　　　　　 ___/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　 Laura M. Durity, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

ORDER

Based upon the stipulation of the parties, and good cause shown, the Court HEREBY ORDERS that the hearing date presently set for Monday April 13, 2009, will be continued to Monday, May 4, 2009, at 1:30 p.m.

IT IS FURTHER ORDERED that the time between April 13, 2009 through and including May 4, 2009, shall be excluded as the reasonable time necessary for effective defense preparation pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  April 1, 2009

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 HON. JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE